IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLIFFORD WHITMORE,

    Petitioner,                               No. CIV S-09-1526 KJM P

    vs.

RICHARD B. IVES,

    Respondent.                             ORDER

/

        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has paid the filing fee.

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for the appointment of counsel (docket no. 2) is denied.

2. Respondent is directed to file an answer or a motion to dismiss within thirty days from the date of this order.  If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

4. The Clerk of the Court shall serve a copy of this order , **the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court**, and a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED: November 24, 2009.

_____
U.S. MAGISTRATE JUDGE

2
whit1526.100